# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**JASPER HALL, #13968**                                                               **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO. 3:10-cv-230-HTW-LRA**

**CHRISTOPHER EPPS, et al.**                                           **DEFENDANTS**

## ORDER

Before the Court is Plaintiff's "motion for Court to order medical records" [14]. Having reviewed the record and Plaintiff's motion [14], this Court finds that the Plaintiff is a prisoner and was granted *in forma pauperis* status. Therefore, this Court is in the process of screening the complaint as provided for by 28 U.S.C. § 1915A. It is therefore,

ORDERED that Plaintiff's "motion for Court to order medical records" [14] is **denied** as premature as this Court is in the process of screening this complaint.

THIS the   9th   day of June, 2010.

                                                     s/ Linda R. Anderson
                                                     UNITED STATES MAGISTRATE JUDGE